ORANGE NATIONAL BANK et al., Respondents, *v.* 2235 WEBSTER AVENUE CORPORATION et al., Defendants, and 6802 RIDGE BOULEVARD CORPORATION, Appellant.

(Submitted September 28, 1931; decided October 6, 1931.)

*Morris A. Rabinovitch* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.